AO 91 (Rev. 11/11)  Criminal Complaint

# FILED

## UNITED STATES DISTRICT COURT
for the

Western District of Texas

SEP 0 9 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Jaime BENAVIDES, Jr.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:19-m-545 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____September 6, 2019_____ in the county of _____Williamson_____ in the
_____Western_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm and/or Ammunition by Convicted Felon |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Leigh Cochran, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____09/09/2019_____

_____
*Judge's signature*

City and state: _____Austin, Texas_____

Susan Hightower, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Leigh Cochran, have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since January 2015. Prior to being employed as a Special Agent, I worked as a contractor in support of ATF's Asset Forfeiture and Seized Property Division for six (6) years. Additionally, I successfully completed the Criminal Investigator Training Program and Special Agent Basic Training at the Federal Law Enforcement Training Center in Glynco, GA.

2. During my tenure as an ATF Special Agent, I have initiated and conducted investigations of criminal activity, including but not limited to: the investigation of Federal firearms violations such as possession of a firearms and/or ammunition by prohibited persons.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and law enforcement officers in this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. On September 6, 2019, Williamson County Sheriff's Office (WCSO) Deputies conducted a traffic stop of a vehicle for a traffic violation of following too close, in Georgetown, Texas, a location within the Western District of Texas. The vehicle was a gold 2008 Cadillac CTS, bearing TXLP: MCK3172 and VIN: 1G6DS57V680166659. Police then made contact with the occupants of the vehicle. The vehicle was occupied by two (2) individuals who were identified as Jaime BENAVIDES, Jr. (driver), and a front seat passenger. BENAVIDES provided verbal consent to search his vehicle.

5. During a consent search of the vehicle, a large box of ammunition, ammunition reloader equipment, and three (3) firearms were found inside the vehicle. There was a total of approximately 4,024 rounds of ammunition, including .22 caliber, .223 caliber, 12 gauge, 9mm caliber, .32 auto caliber, and .40 caliber. The manufacturers for the various ammunition include: Federal, Remington, Winchester, American Eagle and Rio.

6. Additionally, three firearms were found concealed in the rear quarter panel of vehicle in a natural void between the carpet of the trunk and the metal. Each firearm was individually wrapped in cellophane. The firearms are further described as:

- One (1) Bersa, model: Thunder 380, .380 caliber, pistol, bearing serial number: 472725
- One (1) Glock, model: 22, .40 caliber, pistol, bearing serial number: GAZ535
- One (1) Ruger, .22 caliber, pistol, bearing serial number: 10-71059

7. BENAVIDES was subsequently arrested on state charges for Unlawful Possession of Firearm by a Felon, and transported to the Williamson County Jail to be booked. The passenger was released from the scene.

8. On September 6, 2019, ATF Special Agent Nathan Sheldon and I conducted a custodial interview of BENAVIDES. Prior to any questioning, I advised BENAVIDES of his Miranda

rights via recitation of the Advisement and Waiver of Miranda Rights card. BENAVIDES then stated he understood his rights and voluntarily waived his rights. In response to questioning, BENAVIDES stated that the ammunition and the reloader belonged to him. BENAVIDES also admitted to having multiple felony convictions, including Possession of Marijuana (2009) and Money Laundering/Conspiracy (2013), a Federal conviction out of Arkansas for which he received three (3) years of imprisonment.[1] BENAVIDES also stated that the aforementioned Cadillac belonged to him and he bought it from a car lot in Brownsville, TX approximately three (3) weeks ago. BENAVIDES stated that he had travelled to the Fort Worth, TX area on 09/05/2019, to pick up a car for his brother. BENAVIDES stated that he received the ammunition and the reloader from an identified friend on 09/05/2019. BENAVIDES denied having any knowledge that the firearms were in his vehicle. BENAVIDES also stated that the firearms could not possibly belong to the passenger. BENAVIDES stated that he currently resides alone at 514 Jose Marti Blvd #4, Brownsville, TX 78526. BENAVIDES stated that he has crossed over to Mexico every day in the aforementioned vehicle since he purchased it. BENAVIDES stated that he has family in Mexico.

9. A review of BENAVIDES' computerized criminal history (CCH) revealed six (6) adult arrests, which resulted in a felony convictions for:

- Possession of Marijuana Less than 2,000LBS and Greater than 50LBS (Felony – 2nd Degree), Arrest Date: 06/23/2009, Conviction Date: 06/21/2010, 107th District Court Brownsville, reference Cause Number 09CR00002367.
- Possession of Marijuana Less than 2,000LBS and Greater than 50LBS (Felony – 2nd Degree), Arrest Date: 11/03/2009, Conviction Date: 12/15/2009, 105th District Court Kleberg County, reference Cause Number CR09-0596.
- Money Laundering (Felony – Class C), Arrest Date: 05/14/2013, Conviction Date: 05/12/2015, United States District Court, Eastern District of Arkansas, reference Cause Number 4:13CR00148-007

10. Additionally, BENAVIDES has a misdemeanor conviction for Assault Causes Bodily Injury Family Member (Misdemeanor – Class A), Arrest Date: 08/02/2008, Conviction Date: 12/09/2009, out of Cameron County Court of Law Brownsville, reference Cause Number 08CCR0006157.

11. I have consulted with ATF Special Agent Daniel Mueller, who is a qualified expert in the identification of firearms and the date and place of manufacture of firearms. SA Mueller is also a qualified expert in the identification of ammunition and place of manufacture of ammunition. SA Mueller subsequently determined that the firearms described above were manufactured outside of the State of Texas, therefore, the firearms travelled in and affected interstate and/or foreign commerce prior to their recovery in the Western District of Texas on September 6, 2019. SA Mueller also determined that some of the ammunition described above, specifically, the Federal, Remington, Winchester, and American Eagle brand ammunition, were manufactured outside of the State of Texas, therefore, the ammunition travelled in and affected interstate and/or foreign commerce prior to its recovery in the Western District of Texas on September 6, 2019.

---

[1] Although Benavides reported that he was incarcerated for three years, a review of his Arkansas case indicates he was in fact sentenced to 30 months confinement.

12. Based on the facts and circumstances stated herein, I have probable cause to believe that on or about September 6, 2019, convicted felon Jaime BENAVIDES, Jr., unlawfully possessed firearms and ammunition, which had previously traveled in and affected interstate and/or foreign commerce. The alleged offenses are a violation of Title 18 United States Code, Section 922(g)(1), Possession of a Firearm by Convicted Felon.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Leigh M. Cochran
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

Sworn to and subscribed before me on September _____9_____, 2019.

SUSAN HIGHTOWER
United States Magistrate Judge
Western District of Texas